# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY SPOLJARIC, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-CV-0246 |
| vs. | : | (MANNION, D.J.) |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | : : | |
| Defendant | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The plaintiff's appeal, (Doc. 1), of the Commissioner's decision is **GRANTED** and, the decision of the Commissioner is **VACATED**;

2. This case is **REMANDED** to the Commissioner for the further proceedings consistent with the court's memorandum; and

3. The Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated**: July 16, 2018

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0246-01-Order.wpd